ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Potomac Electric Power Company | )  ASBCA No. 64324 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:  Brian E. Hoffman, Esq.
 Counsel

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
 Air Force Deputy Chief Trial Attorney
 Christopher J. Hilborn, Esq.
 Walker J. Gray, Esq.
 Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $576,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: August 18, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                   I concur


_____                   _____
J. REID PROUTY                            ROBYN L. HAMADY
Administrative Judge                       Administrative Judge
Vice Chairman                              Armed Services Board
Armed Services Board                       of Contract Appeals
of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 64324, Appeal of Potomac
Electric Power Company, rendered in conformance with the Board's Charter.


     Dated:  August 19, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2